NEWPORT ASSOCIATES, INC., Appellant, v. SHELDON S. SOLOW, Respondent.—

Concur — Capozzoli, J. P., McGivern, Nunez and McNally, JJ.